UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-29 (MJD/JGL)

AMERICAN TOWER, L.P., et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

CITY OF GRANT,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. The period during which the parties may seek discovery shall be completed by July 1, 2000;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to July 1, 2000;

3. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to September 1, 2000; and

4. This case will be considered "ready for trial" as of September 1, 2000.

DATED: March 1, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed MAR 01 2000
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________