UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

American Tower, L.P., a Delaware limited partnership, and APT Minneapolis, Inc., a Delaware corporation,

Plaintiffs-Petitioners,

v.

City of Grant, a Minnesota municipal corporation,

Defendant-Respondent.

---

File No. 00CV29MJD/JGL

**STIPULATION AND ORDER AMENDING PRETRIAL ORDER**

Plaintiffs-petitioners American Tower, L.P. and ATP, Minneapolis, Inc. and defendant-respondent City of Grant, by and through their undersigned attorneys, stipulate to the amendment of the court's Pretrial Order dated March 1, 2000, to provide as follows:

1. The period during which the parties may seek discovery shall be completed by March 1, 2001;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2001;

3. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to June 1, 2001; and

4. This case will be considered "ready for trial" as of June 1, 2001.

FILED 6/7/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 2 Jan 2000

Gary A. Van Cleve
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(612) 835-3800

Attorneys for Plaintiffs-Petitioners

Dated: 3 Jan 2000

James M. Strommen
KENNEDY & GRAVEN, CHARTERED
470 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
(612) 337-9300

Attorneys for Defendant-Respondent

**ORDER**

Based upon the above stipulation, IT IS HEREBY ORDERED THAT

this court's Pretrial Order of March 1, 2000, is amended as stated above.

Dated:

JONATHAN LEBEDOFF
United States Magistrate Judge

0583325.01